

[ USHER'S Executors v. BISHOP ]

Hezekiah Vsher & Comp^a Exec^rs to the last Will & Testam^t of Hezekiah Vsher dece^d plaint^s cont^a Samuel Bishop of Ipswich Defend^t in an action of debt of twenty five pound five Shillings and five pence in money due by Booke w^th damages. . . . The Iury . . . found for the plaint^s twenty five pounds five Shillings five pence and costs of Court Allowed twenty two Shillings.

Execution issued. 5. may. 1679.

This Action was tryed at the last County Court but Judgem^t not untill now entred according to law, The Defend^t being out of the Colony.

[ SHARP v. BISHOPS ]

John Sharp Assigne of Sarah Gilbert plaint. cont^a Samuel Bishop, Iohn Bishop and Benj^n Bishop or either of them Defend^ts in an Action of debt of two hundred and twelve pounds money due by bond. dat^d 21° April. 1674. under the hands & Seales of the s^d Samuel, John & Benj^n Bishops, wherein they are jointly & severally bound for the payment thereof as by the s^d bond may more fully appeare with damages. . . . The Iury . . . found for the plaint. two hundred & twelve pounds money forfiture of the bond & costs of Court At request of the plaint. and according to the payments by him acknowledged to have been made upon the s^d bond The Court chancered this Forfiture to twelve pounds in money and costs of Court allowed thirty Shillings & Seven pence

Execution issued. 5^d May. 1679.